Francis J. LOCRAFT, Plaintiff–
Appellant,

v.

AIR LINE PILOTS ASSOCIATION, IN-
TERNATIONAL; Aetna, Inc.; Assu-
rant Employee Benefits; Union Secu-
rity Insurance Company, Defendants–
Appellees.

No. 13–1386.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 18, 2013.

Decided: July 22, 2013.

Francis J. Locraft, Appellant Pro Se.
Bernard Joseph DiMuro, Jonathan Rich-
ard Mook, Dimuroginsberg, PC, Alexan-
dria, Virginia, for Appellees.

Before WILKINSON, MOTZ, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Francis J. Locraft appeals the district
court's order dismissing his civil action.
We have reviewed the record and find no
reversible error. Accordingly, we grant
Locraft's motion to proceed in forma pau-
peris and affirm for the reasons stated by
the district court. *Locraft v. Air Line
Pilots Ass'n,* No. 1:13–cv–00062–LMB–
TCB (E.D.Va. Feb. 19, 2013). We dis-
pense with oral argument because the

facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*